IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICHARD MICHAEL BRIDGES**                                            **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO. 1:08cv1376-RHW**

**JACKSON COUNTY MISSISSIPPI,** *et al.*                          **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 26th day of March, 2010.

                                                  /s/ *Robert H. Walker*
                                                  ROBERT H. WALKER
                                                  UNITED STATES MAGISTRATE JUDGE